*Judgment affirmed. Eberhardt and Custer, JJ., concur.*

### 38622. ED SMITH & SONS, INC. v. MATHIS *et al.*

PER CURIAM. The judgment of this court in *Ed Smith & Sons, Inc. v. Mathis,* 103 Ga. App. 661 (120 SE2d 646), having been reversed by the Supreme Court of Georgia in *Ed Smith & Sons, Inc. v. Mathis,* 217 Ga. 354 (122 SE2d 97), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*The judgment of the trial court is reversed. All the Judges concur, except Custer, J., who did not participate in the original decision.*

DECIDED NOVEMBER 9, 1961.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, Ernest P. Rogers, Barry Phillips, Wm. W. Cowan,* for plaintiff in error.

*Calhoun & Calhoun, Walter W. Calhoun, Bryan, Carter, Ansley & Smith, W. Colquitt Carter, Charles H. Hyatt,* contra.